d i f

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JUAN DURAN,

                    Plaintiff,

- against -

PRIMAL WATER, INC.,
S&H UPHOLSTERY, LLC, and
LASER INTERIORS, LLC,

                    Defendants.
-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 22 2009 ★
BROOKLYN OFFICE

ORDER
07-CV-1218 (NG) (LB)

**GERSHON, United States District Judge:**

Pursuant to the unopposed Report and Recommendation of Magistrate Judge Lois Bloom, dated November 5, 2008, the plaintiff's *pro se* employment discrimination action is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to effectuate service on defendants. The Clerk of Court is also directed to close this case.

                                      **SO ORDERED.**

                                      s/NG

                                      **NINA GERSHON**
                                      **United States District Judge**

Dated: January 15, 2009
        Brooklyn, New York